UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| In the matter of | |
|---|---|
| **RICKY BLEDSOE** | Case No. **10-15391** |
| **MELISSA BLEDSOE** | Chapter 7 |
| Debtor(s) | Judge **J. Vincent Aug** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$.78 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| OHIO DEPARTMENT OF JOB & FAMILY SERVICES<br>ATTN: Revenue Recovery<br>PO Box 182404<br>Columbus, OH 43218-2404 | 23a | $0.78 |

| | |
|---|---|
| Total Unclaimed/ Small Dividends $25.00 or under | $0.78 |
| Total Unclaimed Dividends Over $25.00 | $0.00 |

Dated:    4/4/2011                                   /s/ GEORGE LEICHT
                                                                George Leicht

cc: U.S. Trustee

FILED 2011 APR -5 PM 12: 57 KENNETH JORDAN CLERK OF U.S. BANKRUPTCY COURT CINCINNATI, OHIO